# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-01500-DAD-EPG<br><br>**ORDER DENYING MOTION TO PROCEED** ***IN FORMA PAUPERIS***<br><br>(ECF No. 2) |

Plaintiff, Jennifer Mendoza, proceeding *pro se*, has applied to proceed *in forma pauperis* ("IFP") in this action (ECF No. 2). Plaintiff indicates on her IFP application that she is not currently employed but has failed to indicate the date of her last employment, the amount of her take-home salary or wages and pay period, and the name and address of her last employer. Plaintiff also has not indicated either "yes" or "no" in response to all of the subparts of question three on the application about money received over the previous twelve months and, if yes, the required information as to that source of money.

Although, based on the information Plaintiff has provided, it appears that she qualifies for IFP status, without a fully completed IFP application, Plaintiff has not made the showing required to proceed IFP, *see* 28 U.S.C. § 1915(a). The application will accordingly be denied without prejudice.

///

1

IT IS ORDERED:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice.
2. Plaintiff must either submit a renewed *in forma pauperis* application, **with all information completed**, or pay the filing fee within **thirty (30) days** from the date of this order.

IT IS SO ORDERED.

Dated: __**October 28, 2019**__

/s/ *Erin P. Grosj*
UNITED STATES MAGISTRATE JUDGE